# ELECTRONIC RECORD

COA #    02-14-00459-CR                    OFFENSE:  29.03

STYLE:  Devin Gardner v. The State of Texas          COUNTY:  Tarrant

COA DISPOSITION:    AFFIRMED          TRIAL COURT:  213th District Court

DATE: 08/06/15              Publish: NO    TC CASE #:    1311335D

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Devin Gardner v. The State of Texas          CCA #: __1022-15__

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:        _____

_____REFUSED_____          JUDGE:        _____

DATE: __11/04/2015__          SIGNED: _____          PC: _____

JUDGE: __Per Curiam__          PUBLISH: _____          DNP: _____

\- - - - - - - - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**